JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: June 24, 2011

Check No. 2028798

Check Amount: $18,903.54

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 06-40184-R | 00016 | BRIAN RAYMOND & CYNTHIA ARLENE ZIMMERMAN | 13 | XXXXX8791 | 12.79 | 0.00 | 12.79 |
| | | Original check written to: AUTO ZONE P. O. BOX 2198 MEMPHIS, TN 38101 | | | | | |
| 06-40695-R | 00014 | MARY KAY THOMAS | 11 | XXXXX6686 | 86.61 | 0.00 | 86.61 |
| | | Original check written to: CATHERINES C/O FIRST EXPRESS P. O. BOX 856044 LOUISVILLE, KY 40285-6044 | | | | | |
| 06-40747-R | 00014 | DAVID W. & MARTHA A. MESSER | 7 | XXXXX1579 | 20.95 | 0.00 | 20.95 |
| | | Original check written to: CHEVRON CREDIT BANK, N.A. 2001 DIAMOND BLVD. P. O. BOX 5010, SECT. 230 CONCORD, CA 94524-0010 | | | | | |
| 06-40747-R | 00031 | DAVID W. & MARTHA A. MESSER | 6 | XXXXX2682 | 227.39 | 0.00 | 227.39 |
| | | Original check written to: OSI COLLECTION SERVICES INC P. O. BOX 947 BROOKFIELD, WI 53008-0947 | | | | | |
| 06-40747-R | 00044 | DAVID W. & MARTHA A. MESSER | 15 | XXXXX7541 | 905.42 | 0.00 | 905.42 |
| | | Original check written to: WORLDWIDE ASSET PURCHASING P. O. BOX 672047 MARIETTA, GA 30006 | | | | | |
| 06-40860-R | 00016 | DANIELLA A. VASILIU | 8 | XXXXX0111 | 0.56 | 0.00 | 0.56 |
| | | Original check written to: GLAMOUR SHOTS PERSONAL CHARGE ACCOUNTS P. O. BOX 1218 KINGSVILLE, TX 78364-1218 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: June 24, 2011

Check No. 2028798

Check Amount: $18,903.54

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 06-40864-R | 00003 | MARIO DAVID & ROXANNE D. MORALES | 3 | XXXXX4766 | 135.08 | 0.00 | 135.08 |
| | | Original check written to: CHEVRON P. O. BOX 981430 EL PASO, TX 79998-1430 | | | | | |
| 06-40864-R | 10002 | MARIO DAVID & ROXANNE D. MORALES | 2 | 2510 | 5.48 | 0.00 | 5.48 |
| | | Original check written to: CIRCUIT CITY C/O CHASE CARD SERVICES P. O. BOX 100018 KENNESAW, GA 30144 | | | | | |
| 06-41886-R | 00003 | TOMMY L. BROOKS, JR. & PATSY S. BROOKS | 2 | XXXXX3997 | 508.72 | 0.00 | 508.72 |
| | | Original check written to: PALISADES COLLECTION P. O. B0X 19249 SUGAR LAND, TX 77496 | | | | | |
| 06-42006-R | 00016 | GLORY JEAN RICHARDSON | 8 | XXXXX4547 | 36.87 | 0.00 | 36.87 |
| | | Original check written to: TELCOM CREDIT UNION 24 WEST HURON PONTIAC, MI 48342 | | | | | |
| 06-50188-R | 00020 | PETER SENIOR | 1 | XXXXX9803 | 54.84 | 5.44 | 60.28 |
| | | Original check written to: BANCORPSOUTH P. O. BOX 4360 TUPELO, MS 38803 | | | | | |
| 06-50188-R | 00022 | PETER SENIOR | 0 | XXXXX9803 | 708.89 | 70.38 | 779.27 |
| | | Original check written to: BANCORPSOUTH P. O. BOX 4360 TUPELO, MS 38803 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: June 24, 2011

Check No. 2028798

Check Amount: $18,903.54

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 07-40981-R | 00008 | JAMES LLOYD MURRY, JR. & KAREN LEE MURRY | 2 | XXXXX3544 | 572.38 | 0.00 | 572.38 |
| | | Original check written to: <br> CLC CONSUMER SERVICES <br> ATTN: BANKRUPTCY DEPARTMENT <br> 2730 LIBERTY AVENUE <br> PITTSBURGH, PA 15222 | | | | | |
| 07-40981-R | 00009 | JAMES LLOYD MURRY, JR. & KAREN LEE MURRY | 5 | XXXXX4001 | 745.18 | 0.00 | 745.18 |
| | | Original check written to: <br> JPMC CHASE BANK NA <br> 1820 EAST SKY HARBOR CIR SOUTH <br> PHOENIX, AZ 85034 | | | | | |
| 07-41453-R | 00001 | MANUEL CISNEROS | 3 | XXXXX3962 | 19.71 | 0.00 | 19.71 |
| | | Original check written to: <br> AIS SERVICES, LLC <br> 9320 CHESAPEAKE DRIVE <br> SUITE 126 <br> SAN DIEGO, CA 92123 | | | | | |
| 07-41601-R | 00013 | ERNESTO LLEVERINO, JR. & MISTY M. LLEVERINO | 8 | XXXXX8708 <br> XXXXX7217 | 99.73 | 0.00 | 99.73 |
| | | Original check written to: <br> COMMUNITY MEDICAL CENTER <br> 1111 GALLAGHER DRIVE <br> SHERMAN, TX 75090 | | | | | |
| 07-41601-R | 00052 | ERNESTO LLEVERINO, JR. & MISTY M. LLEVERINO | 12 | XXXXX8898 | 9.10 | 0.00 | 9.10 |
| | | Original check written to: <br> NCO FINANCIAL SYSTEMS, INC. <br> P. O. BOX 41567 <br> PHILADELPHIA, PA 19101 | | | | | |
| 07-42554-R | 00047 | JANNETTA S. WELLS | 23 | XXXXXO437 | 1.81 | 0.00 | 1.81 |
| | | Original check written to: <br> NCO FINANCIAL SYSTEMS, INC. <br> P. O. BOX 41567 <br> PHILADELPHIA, PA 19101 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: June 24, 2011

Check No. 2028798

Check Amount: $18,903.54

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 08-41494-R | 00019 | ADDIE MARY MATNEY | 5 | 3240 | 1,305.06 | 0.00 | 1,305.06 |
| | | Original check written to: <br> DUVERAL COLLECTIONS <br> 1959 PALOMAR OAKS WAY SUITE 340 <br> CARLSBAD, CA 92011 | | | | | |
| 08-42047-R | 00028 | ELBERT GREEN SCOTT, II | 9 | XXXXX3436 | 399.87 | 79.77 | 479.64 |
| | | Original check written to: <br> SOUTHBROOK HOA <br> PRINCIPAL MANAGEMENT GROUP <br> 12700 PARK CENTRAL DRIVE, SUITE 600 <br> DALLAS, TX 75251 | | | | | |
| 08-42253-R | 00002 | WILLIE L. & RUTH J. PEACE | 30 | XXXXX0589 | 17.03 | 0.00 | 17.03 |
| | | Original check written to: <br> CIRCUIT CITY <br> P. O. BOX 100044 <br> KENNESAW, GA 30152 | | XXXXX6295 | | | |
| 09-40349-R | 00001 | KYLE S. FERGUSON | 1 | XXXXX7304 | 0.00 | 160.74 | 160.74 |
| | | Original check written to: <br> CITIFINANCIAL AUTO <br> P. O. BOX 182287 <br> COLUMBUS, OH 43218 | | | | | |
| 09-40349-R | 00005 | KYLE S. FERGUSON | 9 | 6837 | 0.00 | 17.36 | 17.36 |
| | | Original check written to: <br> NATIONSTAR MORTGAGE LLC <br> 350 HIGHLAND DRIVE <br> LEWISVILLE, TX 75067 | | | | | |
| 09-43771-R | 00033 | KENNETH RAY CURRY | 8 | 1518 | 0.67 | 0.00 | 0.67 |
| | | Original check written to: <br> MTGLQ <br> C/O LCS FINANCIAL <br> 6560 GREENWOOD PLAZA BLVD 325 <br> ENGLEWOOD, CO 80111 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: June 24, 2011

Check No. 2028798

Check Amount: $18,903.54

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 09-44056-R | 00007 | BENJAMIN CLARENCE & JAMIE ERIN GUSTAFSON | 25 | 4138 | 74.32 | 0.00 | 74.32 |
| | | Original check written to: CITIFINANCIAL P. O. BOX 499 HANOVER, MD 21076 | | | | | |
| 10-42588-R | 00037 | MELISSA JIMENEZ | | XXXXX4262 | 310.58 | 0.00 | 310.58 |
| | | Original check written to: AUTO FUNDING SERVICES, LLC P.O. BOX 189007 PLANTATION, FL 33318 | | | | | |
| | | | | **TOTALS** | $6,259.04 | **$333.69** | **$6,592.73** |